Case: 6:14-cr-00037-GFVT-HAI   Doc #: 1-2   Filed: 10/02/14   Page: 1 of 1 - Page ID#: 26

# U.S. District Court Eastern District of Kentucky

# *Criminal*
# *Case Assignment*

Case number **6:14-CR-37**

Assigned : Judge Gregory Van Tatenhove
Judge Code : 4316

Assigned on 10/02/2014

Request New Judge ....