AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   KENTUCKY

Southern Division at London

USA
V.
James Alvin Chaney aka Ace Chaney
Lesa L. Chaney and
Ace Clinique of Medicine, LLC

**EXHIBIT AND WITNESS LIST**

Case Number:  6:14-CR-37-SS-1, 2, 3, GFVT

| PRESIDING JUDGE<br>Gregory F. Van Tatenhove | PLAINTIFF'S ATTORNEY<br>Roger West and Paul McCaffrey | DEFENDANTS ATTORNEY<br>Christy Love and Robert Abell |
|---|---|---|
| TRIAL DATE (S)<br>09/28/17 - Sentencing | COURT REPORTER<br>Sandy Wilder | COURTROOM DEPUTY<br>Michelle Sliter |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1W | | 09/28/17 | | | Thad Lambdin |
| 2W | | 09/28/17 | | | John Wooley |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     1     Pages