# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION – LONDON
### *** *ELECTRONICALLY FILED* ***

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. 6:14-CR-37-GFVT-HAI |
| Plaintiff, | : | |
| v. | : | |
| **JAMES ALVIN CHANEY,** | : | **NOTICE OF APPEAL** |
| Defendant. | : | |

_____

Notice is hereby given that James Alvin Chaney appeals to the United States Court of Appeals for the Sixth Circuit from the Amended Judgment filed and entered on November 7, 2017. (R. 519, Amended Judgment, Page ID 10265-10273).

       Respectfully Submitted,

       LOVE LAW FIRM, PLLC
       333 North Main St., Ste. B.
       Post Office Box 3105
       London, Kentucky 40743
       TELEPHONE: (606) 877-5683
       FAX: (606) 729-0854
       info@christylovelaw.com

       <u>s/Christy J. Love, Esq.</u>
       Attorney for Defendant
       James A. Chaney

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 13th day of November 2017, the foregoing Notice of Appeal was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

       <u>s/Christy J. Love, Esq.</u>