# UNITED STATES DISTRICT COURT
для the

Eastern District of Kentucky

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | |
|---|---|
| **TO:** U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227<br><br>Fax: 202-485-6496<br>E-Mail: CA-PPT-CourtOrders@state.gov | **FROM:** United States Probation Office<br>310 South Main Street, Room 248<br>London, Kentucky  40741<br>Phone:  (606) 877-7920<br>Fax:  (606) 877-7925 |

☐ **Original Notice**        ☒ **Notice of Disposition**

**Date:** 10/7/2014            **Date:** 10/20/2017
**By:** US Probation Office        **By:** US Probation Office

**Defendant:** James Alvin Chaney        **Case Number:** 6:14-CR-37-SS-GFVT-01
**Date of Birth:** ███            **Place of Birth:** Hazard, Kentucky
**SSN:** ███

**Notice of Court Order** (Order Date: 10/7/2014 )

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number  448631596  and/or passport card number _____ to the custody of the U.S. Probation Office on  10/7/2014 .

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed. – Judgment sent via email

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court