**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
**F I L E D**

JUN 2 5 2018

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 14-37-GFVT**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                                 **ORDER**

**M.D. JAMES ALVIN CHANEY**                                    **DEFENDANT**

\*    \*    \*    \*    \*

The Court ORDERS that the motion of the United States for an order to allow the court reporter to provide to the United States the sealed transcript of the in camera interview, held on April 25, 2016, filed in the record as docket entry number 291, and the sealed transcripts of the telephonic conferences held on April 20, 2016, and April 28, 2016, filed in the record as docket entry numbers 535 and 536, is GRANTED, and the court reporter is authorized to provide these sealed transcripts to the United States.

This the 25 of June, 2018.


Signed By:
Gregory F. Van Tatenhove
United States District Judge

_____
HON. GREGORY F. VAN TATENHOVE
United States District Judge
Eastern District of Kentucky