UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 6:14-cr-00037-GFVT |
| v. | ) | |
| JAMES ALVIN CHANEY, M.D., | ) | **ORDER** |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court upon the Defendant's Motion to Direct. [R. 541.] Defendant is represented by counsel and did not file his motion through his respective attorney. Accordingly, his motion [R. 541] is **DISMISSED WITHOUT PREJUDICE** and Defendant is directed to file any motions through his appointed counsel.

This the 31st day of July, 2018.

Gregory F. Van Tatenhove
United States District Judge