Eastern District of Kentucky
**FILED**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

AUG 2 7 2018

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 14-37-GFVT**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**                                         **ORDER**

**M.D. JAMES ALVIN CHANEY**                                   **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the motion of the United States for an order to allow the Clerk to provide to the United States the sealed notice, filed in the record as docket entry number 367, is GRANTED, and the Clerk shall provide this sealed notice with Page ID numbers to the United States.

This the 27th day of August, 2018.

HON. GREGORY F. VAN TATENHOVE
United States District Judge
Eastern District of Kentucky